**No. 46227.**—Protest 763043–G of Neumann Endler Corp. (New York).

Opinion by BROWN, J. It was stipulated that the wool hat bodies in question are similar in all material respects to those involved in *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). In accordance therewith the protest was sustained to that extent.